**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 17-7559**

UNITED STATES OF AMERICA,

          Plaintiff - Appellee,

   v.

KRISTEN PATRICK DOYLE,

          Defendant - Appellant.

Appeal from the United States District Court for the Eastern District of Virginia, at Norfolk. Rebecca Beach Smith, Chief District Judge. (2:12-cr-00039-RBS-TEM-1; 2:17-cv-00567-RBS)

Submitted: March 29, 2018                          Decided: April 3, 2018

Before AGEE and DIAZ, Circuit Judges, and HAMILTON, Senior Circuit Judge.

Affirmed by unpublished per curiam opinion.

Kristen Patrick Doyle, Appellant Pro Se. Elizabeth Marie Yusi, OFFICE OF THE UNITED STATES ATTORNEY, Norfolk, Virginia, for Appellee.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Kristen Patrick Doyle appeals the district court's order denying relief on his 18 U.S.C. § 3582(c)(2) (2012) motion.[*] We have reviewed the record and find no reversible error. Accordingly, we grant leave to proceed under the Criminal Justice Act, 18 U.S.C. § 3006A (2012), and affirm for the reasons stated by the district court. *United States v. Doyle*, No. 2:12-cr-00039-RBS-TEM-1 (E.D. Va. Nov. 9, 2017). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*

---

[*] The district court construed Doyle's 28 U.S.C. § 2255 (2012) motion as an 18 U.S.C. § 3582(c)(2) motion.